AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: 6:13-CR-01-GFVT-01 |
| William Darnell Strickland | ) | |
| | ) | USM No: 16046-032 |
| Date of Original Judgment: 10/29/2014 | ) | |
| Date of Previous Amended Judgment: | ) | Patrick F. Nash |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

**FILED** Eastern District of Kentucky  AUG 28 2015  AT FRANKFORT  ROBERT R. CARR  CLERK U.S. DISTRICT COURT

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **60** months is reduced to **48 months**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **10/29/2014** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 8-28-2015

Effective Date: 11-1-2015
*(if different from order date)*

Gregory F. Van Tatenhove, U.S. District Judge
*Printed name and title*